IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RUBY CRAIGG                                                                                   PLAINTIFF

v.                                                 CIVIL NO. 07-6001

MICHAEL J. ASTRUE[1], Commissioner
Social Security Administration                                                         DEFENDANT

## MEMORANDUM OPINION AND ORDER

Presently before the court is plaintiff's motion to dismiss. (Doc. # 11). Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) finding that plaintiff was not entitled to disability insurance benefits or supplemental security income under Titles II or XVI of the Social Security Act. (Doc. # 1). Plaintiff now requests that the court dismiss her Complaint, and states that she no longer wishes to pursue her appeal. (Doc. # 11). Accordingly, plaintiff's Complaint filed on December 26, 2006, is hereby dismissed.

IT IS SO ORDERED this 23rd day of April 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.